Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: asegal@bhfs.com
       bcloveland@bhfs.com

Attorneys for Defendants Trustees of the Laborers Joint Trust Funds

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SEQUOIA ELECTRIC, LLC, a Nevada limited liability company, and SEQUOIA ELECTRIC UNDERGROUND, LLC, a Nevada limited liability company, <br><br> Plaintiff(s), <br><br> v. <br><br> TRUSTEES OF THE LABORERS JOINT TRUST FUNDS, <br><br> Defendant(s). | CASE NO.: 2:12-cv-00751-KJD-VCF <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Sequoia Electric, LLC and Sequoia Electric Underground, LLC's ("Plaintiffs") and Defendants, Trustees of the Laborers Joint Trust Funds ("Trust Funds"), by and through their counsel of record, hereby stipulate and agree as follows:

///

///

///

///

020052\0281\1798816.2                                    1

1. Plaintiffs' claims against the Trust Funds are hereby dismissed with prejudice; and

2. Each party shall bear its own attorneys' fees and costs in this case.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | THE WRIGHT LAW GROUP |
| /s/ Bryce C. Loveland | /s/ John Wright |
| Adam P. Segal, Esq.<br>Nevada Bar No. 6120<br>Bryce C. Loveland, Esq.<br>Nevada Bar No. 10132<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614<br>Telephone: 702.382.2101<br>Facsimile: 702.382.8135 | John Henry Wright, Esq.<br>Nevada Bar No. 6182<br>2340 Paseo Del Prado, Suite D-305<br>Las Vegas, Nevada 89102<br>Telephone: (702) 405-0001<br>Facsimile: (702) 405-8485 |
| Attorneys for Defendants Trustees of the Laborers Joint Trust Funds | Attorneys for Plaintiffs |
| Dated: February 15, 2013. | Dated: February 15, 2013. |

**ORDER**

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT COURT JUDGE /**
**UNITED STATES MAGISTRATE JUDGE**

**Dated:** Feb. 20, 2013